GATES, GONTER, GUY, PROUDFOOT & MUENCH, LLP
38 Discovery, Suite 200
Irvine, California 92618
Telephone: (949) 753-0255
Facsimile: (949) 753-0265
Attorney: MATTHEW M. PROUDFOOT, SBN: 155988

Attorney for Defendant FCA US LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ANGEL AVILA, an individual; MARIA VARGAS, an individual,<br><br>        Plaintiffs,<br>vs.<br><br>FCA US LLC, A Delaware Limited Liability Company; and DOES 1 through 20, inclusive,<br><br>        Defendants. | Case No: 3:20-cv-01563-DMS-WVG<br>Dist. Judge: Dana M. Sabraw<br>Mag. Judge: William V. Gallo<br>Dept.: 13A<br><br>**ORDER** |

   The Stipulation is hereby approved. The entire action, including all claims stated herein against all Parties, is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: January 20, 2021

                                           _____
                                           Hon. Dana M. Sabraw
                                           United States District Judge

1